IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

NO. 13-20717
_____

BUDDY TRAHAN,

                Plaintiff-Appellant,

v.

LIBERTY MUTUAL INSURANCE CO.,

                Defendant-Appellee.

_____

Appealed from the Southern District of Texas
Houston Division

---

## APPELLANT'S RECORD EXCERPTS

---

        Lance H. Lubel
        Adam Q. Voyles
        LUBEL VOYLS LLP
        5020 Montrose Blvd., Ste. 800
        Houston, Texas 77006
        P: (713) 284-5200
        F: (713) 284-5250
        lance@lubelvoyles.com

        ATTORNEYS FOR APPELLANT,
        BUDDY TRAHAN

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

NO. NO. 13-20717

_____

BUDDY TRAHAN,

                        Plaintiff-Appellant,

v.

LIBERTY MUTUAL INSURANCE CO.,

                        Defendant-Appellee.

_____

APPELLANT'S RECORD EXCERPTS

- Tab 1    Docket Sheet (ROA.13-20717.1-3).
- Tab 2    Order Denying Remand (ROA.13-20717.147).
- Tab 3    Final Dismissal (ROA.13-20717.148).
- Tab 4    Notice of Appeal (ROA.13-20717.155-156).

## CERTIFICATE OF SERVICE

      I certify that on February 20, 2014, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system to the participants listed below. To the extent anyone is not registered, service will be effectuated by certified mail.

    David L. Plaut
    Catherine L. Hanna
    Anne-Marie Abarado
    HANNA & PLAUT LLP
    211 E. Seventh Street, Suite 600
    Austin, Texas 78701
    *Attorney for Defendant/Appellee,*
    *Liberty Mutual Insurance Co*.

                                      */s/ Lance H. Lubel*
                                      Lance H. Lubel

# TAB #1

APPEAL,APPEAL_NAT,CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:13-cv-02927
### Internal Use Only

| | |
|---|---|
| Trahan v. Liberty Mutual Insurance Company | Date Filed: 10/03/2013 |
| Assigned to: Judge Lynn N. Hughes | Date Terminated: 11/20/2013 |
| Cause: 28:1332 Diversity-Insurance Contract | Jury Demand: None |
| | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

**Plaintiff**

**Buddy Trahan**     represented by     **Lance H Lubel**
Lubel Voyles LLP
5020 Montrose Blvd
Ste 800
Houston, TX 77006
713-284-5200
Fax: 713-284-5250
Email: lance@lubelvoyles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**McKenna Rae Harper**
Lubel Voyles LLP
5020 Montrose Blvd
Ste 800
Houston, TX 77006
713-284-5200
Fax: 713-284-5250
Email: mckenna@lubelvoyles.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Liberty Mutual Insurance Company**     represented by     **David Lawrence Plaut**
Hanna Plaut LLP
211 East Seventh Street
Suite 600
Austin, TX 78701
512-472-7700
Fax: 512-472-0205 fax
Email: dplaut@hannaplaut.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2013 | 1 (p.4) | |

|  |  | NOTICE OF REMOVAL from 11th Judicial District Court Harris County Texas, case number 2013-41789 (Filing fee $ 400 receipt number 0541-12160679) filed by Liberty Mutual Insurance Company.(Plaut, David) (Entered: 10/03/2013) |
|---|---|---|
| 10/03/2013 | 2 (p.34) | EXHIBITS re: 1 (p.4) Notice of Removal by Liberty Mutual Insurance Company, filed.(Plaut, David) (Entered: 10/03/2013) |
| 10/07/2013 | 3 (p.49) | NOTICE in a Removed or Transferred Case(Signed by Judge Lynn N. Hughes) Parties notified.(hcarr, 4) (Entered: 10/07/2013) |
| 10/09/2013 | 4 (p.51) | Order: Initial Conference set for 10/21/2013 at 04:00 PM in Room 11122 before Judge Lynn N. Hughes. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 10/09/2013) |
| 10/15/2013 | 5 (p.52) | MOTION to Dismiss by Liberty Mutual Insurance Company, filed. Motion Docket Date 11/5/2013. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Plaut, David) (Entered: 10/15/2013) |
| 10/15/2013 | 6 (p.75) | PROPOSED ORDER re: 5 (p.52) MOTION to Dismiss , filed.(Plaut, David) (Entered: 10/15/2013) |
| 10/21/2013 | 7 (p.76) | CONFERENCE MEMORANDUM: Initial conference held. Appearances: Lance Lubel, McKenna Harper, David Plaut. Ct Reporter: G. Dye. Order to be entered. Internal review set for 11/4/2013. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 10/22/2013) |
| 10/21/2013 | 8 (p.77) | Management ORDER. By 10/30/2013, Trahan must: hire an attorney to represent him in the benefit review conference; tell counsel for Liberty Mutual of this new lawyer. By 10/31/2013, Liberty Mutual must report the status of this case. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 10/22/2013) |
| 10/24/2013 | 9 (p.78) | STATUS REPORT by Liberty Mutual Insurance Company, filed. (Attachments: # 1 Exhibit Amended DWC 045)(Plaut, David) (Entered: 10/24/2013) |
| 10/25/2013 | 10 (p.85) | Final DISMISSAL. Trahan's claims against Liberty Mutual are dismissed in favor of the benefit review conference at the Texas Department of Insurance. If Trahan chooses to persist in his claims after the agency's ruling, he may move to reopen the case. The court retains jurisdiction to hear that motion. Case terminated on 10/25/2013. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 10/25/2013) |
| 11/01/2013 | 11 (p.86) | MOTION for Reconsideration of 1 (p.4) Notice of Removal, 10 (p.85) Order of Dismissal, by Buddy Trahan, filed. Motion Docket Date 11/22/2013. (Attachments: # 1 Motion to Remand, # 2 Exhibit 1)(Lubel, Lance) (Entered: 11/01/2013) |
| 11/01/2013 | 12 (p.102) | NOTICE of Appearance by McKenna Harper on behalf of Buddy Trahan, filed. (Harper, McKenna) (Entered: 11/01/2013) |
| 11/04/2013 | 13 (p.104) | MOTION to Remand by Buddy Trahan, filed. Motion Docket Date 11/25/2013. (Attachments: # 1 Motion for Reconsideration, # 2 Exhibit 1)(Lubel, Lance) (Entered: 11/04/2013) |
| 11/05/2013 | 14 (p.120) | ORDER REINSTATING CASE. The case is reinstated 11 (p.86) . By 11/18/2013, Liberty Mutual must respond to Trahan's motion to remand. Case reopened on 11/5/2013. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 11/05/2013) |
| 11/05/2013 |  | ***Set/Reset Deadlines: Internal review set for 11/18/2013. (ghassan, 4) (Entered: 11/05/2013) |

**13-20717.2**

| | | |
|---|---|---|
| 11/14/2013 | 15 (p.121) | RESPONSE to 13 (p.104) MOTION to Remand filed by Liberty Mutual Insurance Company. (Attachments: # 1 Proposed Order)(Plaut, David) (Entered: 11/14/2013) |
| 11/18/2013 | 16 (p.132) | REPLY to Response to 13 (p.104) MOTION to Remand, filed by Buddy Trahan. (Lubel, Lance) (Entered: 11/18/2013) |
| 11/20/2013 | 18 (p.147) | ORDER Denying Remand. (Signed by Judge Lynn N. Hughes) Parties notified.(gkelner, 4) (Entered: 11/21/2013) |
| 11/20/2013 | 19 (p.148) | Final Dismissal. Case terminated on 11/20/2013 (Signed by Judge Lynn N. Hughes) Parties notified.(gkelner, 4) (Entered: 11/21/2013) |
| 11/21/2013 | 17 (p.140) | SURREPLY to 13 (p.104) MOTION to Remand, filed by Liberty Mutual Insurance Company. (Plaut, David) (Entered: 11/21/2013) |
| 11/25/2013 | 20 (p.149) | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 19 (p.148) Order of Dismissal, 18 (p.147) Order on Motion to Remand by Buddy Trahan (Filing fee $ 455, receipt number 0541-12405470), filed.(Lubel, Lance) (Entered: 11/25/2013) |
| 12/03/2013 | 21 (p.151) | Notice of the Filing of an Appeal. DKT13 transcript order form attached to appellant (1 copies)to be returned. Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 20 (p.149) Notice of Appeal, filed.(blacy, 4) (Entered: 12/03/2013) |
| 12/03/2013 | | Notice of Assignment of USCA No. 13-20717 re: 20 (p.149) Notice of Appeal, filed.(blacy, 4) (Entered: 12/03/2013) |
| 12/10/2013 | 22 (p.161) | REQUEST for Electronic Copy of Certified Record on Appeal re: 20 (p.149) Notice of Appeal by Buddy Trahan, filed.(Lubel, Lance) (Entered: 12/10/2013) |

# TAB #2

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Buddy Trahan, §
§
      Plaintiff, §
§
versus §  Civil Action H-13-2927
§
Liberty Mutual Insurance Company, §
§
      Defendant. §

## Order Denying Remand

Because this case does not arise under the workers' compensation laws, Buddy Trahan's motion to remand is denied. (13)

Signed on November 20, 2013, at Houston, Texas.

                                  Lynn N. Hughes
                              United States District Judge

# TAB #3

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Buddy Trahan, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-2927 |
| Liberty Mutual Insurance Company, | § § § | |
| Defendant. | § | |

## Final Dismissal

1. Buddy Trahan's claims against Liberty Mutual Insurance Company are dismissed in favor of the benefit review conference at the Texas Department of Insurance. (5)

2. If Trahan chooses to persist in his claims after the agency's ruling, he may move to reopen the case. The court retains jurisdiction to hear that motion.

Signed on November 20, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge

# TAB #4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BUDDY TRAHAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:13-cv-02927 |
| § | |
| LIBERTY MUTUAL INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

NOTICE OF APPEAL

Notice is hereby given that Buddy Trahan, the plaintiff in the above-captioned action, appeals to the United States Court of Appeals for the Fifth Circuit from (i) the Order Denying Remand entered November 20, 2013, and (ii) the Final Dismissal entered November 20, 2013.

Dated: November 25, 2013       Respectfully submitted,

**LUBEL VOYLES LLP**

By: /s/ Lance Lubel
Lance H. Lubel
Texas State Bar No.: 12651125
McKenna Harper
Texas State Bar No.: 24041056
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone No.: (713) 284-5200
Facsimile No.: (713) 284-5250
Email:lance@lubelvoyles.com
mckenna@lubelvoyles.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appeal* has been forwarded to all known counsel of record via the Court's ECF filing system, certified mail, return receipt requested, facsimile, email or hand delivery on this the 25th day of November, 2013.

/s/ Lance Lubel
Lance Lubel